```
                            UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF FLORIDA

                            CASE NO. 10-22943-CIV-LENARD
                            MAGISTRATE JUDGE P.A. WHITE
```

MARVIN CONLEY,                      :

    Plaintiff,                    :

v.                                  :           REPORT OF
                                                MAGISTRATE JUDGE
SHERIFF LAMBERTI,                   :

    Defendants.                   :

_____

Marvin Conley, presently confined at the New River East Correctional Institution, has filed a pro se civil rights complaint pursuant to 42 U.S.C. §1983.

The plaintiff has included a cover letter and a signature page, but has failed to include any claims. (DE#1) He was therefore ordered to file an amended complaint on or before September 15, 2010. The plaintiff was cautioned that failure to file the amended complaint on time would probably result in dismissal of this case.

The plaintiff has failed to comply with the Court's Order and has filed nothing further in this case. He has apparently abandoned this lawsuit.

It is therefore recommended that this case be dismissed without prejudice for lack of prosecution.

Objections to this Report may be filed with the District Judge within fourteen days following receipt.

Dated at Miami, Florida, this 3rd day of January, 2011.

```
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
```

cc: Marvin Conley, Pro Se
    #B08208
    New River East CI
    Address of record